In re NEGUS–SONS, INC., Debtor.

**Rick D. Lange, Appellee**

**v.**

**Mutual of Omaha Bank, Appellant**

**United States Treasury, Internal Revenue Service; Contractors, Laborers, Teamsters and Engineers Pension Plan; Contractors, Laborers, Teamsters and Engineers Health and Welfare Plan; International Union of Operating Engineers, Local No. 571, Appellees.**

No. 12–1390.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 15, 2012.

Filed: Nov. 28, 2012.

Douglas Eugene Quinn, Michael T. Eversden, Robert Diederich, on the brief, Omaha, NE, for appellant.

M.H. Weinberg, on the brief, Omaha, NE, for appellees Contractors, Laborers, Teamsters and Engineers Pension Plan, Contractors, Laborers, Teamsters and Engineers Health and Welfare Plan and International Union of Operation Engineers, Local No. 571.

Brian S. Kruse, on the brief, Lincoln, NE, for appellee Rick D. Lange, Chapter 7 Trustee.

Bruce R. Ellisen, Randolph L. Hutter, Department of Justice, Tax Division, on the brief, Washington, DC, for appellee United States Treasury, Internal Revenue Service.

Before MURPHY, BENTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

The bankruptcy court[1] granted summary judgment to the trustee of debtor Negus–Sons, Inc. *In re Negus–Sons, Inc.,* BK09–82518, 2011 WL 2470478 (Bankr. D.Neb. June 20, 2011). The Bankruptcy Appellate Panel affirmed. *In re Negus–Sons, Inc.,* 460 B.R. 754, 759 (B.A.P. 8th Cir.2011). Mutual of Omaha Bank, a claimant, appeals. This court reviews the bankruptcy court's findings of fact for clear error and reviews de novo the legal conclusions of the bankruptcy court and the BAP. *In re Payless Cashways, Inc.,* 394 F.3d 1082, 1083 (8th Cir.2005) (per curiam). For the reasons stated by the BAP, this court affirms. *See* 8th Cir. R. 47B.

1. The Honorable Timothy J. Mahoney, United States Bankruptcy Judge for the District of Nebraska.